People v Hidalgo (2025 NY Slip Op 06179)

People v Hidalgo

2025 NY Slip Op 06179

Decided on November 12, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 12, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
VALERIE BRATHWAITE NELSON
DEBORAH A. DOWLING
CARL J. LANDICINO
PHILLIP HOM, JJ.

2024-06586
 (Ind. No. 70578/23)

[*1]The People of the State of New York, respondent,
v
Franklin Hidalgo, appellant.

Twyla Carter, New York, NY (Ji Hyun Rhim of counsel), for appellant.
Michael E. McMahon, District Attorney, Staten Island, NY (James Joseph Gandia of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Richmond County (Lisa Grey, J.), imposed May 31, 2024, upon his plea of guilty, on the ground that the sentence was excessive.
ORDERED that the sentence is affirmed.
The record demonstrates that the defendant knowingly, voluntarily, and intelligently waived his right to appeal (see People v Lopez, 6 NY3d 248, 256; People v McCorkle, 230 AD3d 1337). The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the sentence imposed was excessive (see People v Lopez, 6 NY3d at 255-256; People v McCorkle, 230 AD3d at 1337).
BARROS, J.P., BRATHWAITE NELSON, DOWLING, LANDICINO and HOM, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court